IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELINO CALDERON SILVA,

    Petitioner,               No. CIV S-03-1508 DFL GGH P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Respondent.             ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This action is proceeding on the original petition filed July 15, 2003. Petitioner challenges his April 10, 2001, conviction of a prison disciplinary for distribution of narcotics (heroin).

        On February 2, 2005, the court ordered petitioner to show cause why this action should not be dismissed for lack of jurisdiction. On March 7, 2005, petitioner filed a response to this order. In this response, petitioner states that on August 9, 2001, his rules violation was ordered re-heard for the lesser offense of possession of heroin. Petitioner's March 7, 2005, pleading, exhibit B. The rehearing process did not begin until the Chief Disciplinary Officer issued a memorandum on February 23, 2004, ordering the rehearing. Id., exhibit C. On April 14,

1

2004, petitioner was found guilty of the lesser offense. Id., exhibits C, D.

The instant petition challenges a disciplinary conviction that has been discharged. The court cannot grant habeas relief as to a disciplinary conviction that is no longer valid. For that reason, the petition is dismissed with leave to file an amended petition challenging the 2004 conviction for possession of heroin. If petitioner does not file an amended petition, the court will recommend dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 2, 2005, order to show cause is discharged;

2. The petition is dismissed with thirty days to file an amended petition challenging petitioner's 2004 conviction for possession of heroin; respondent's response to the amended petition is due thirty days thereafter; petitioner's reply is due thirty days thereafter; if petitioner does not file an amended petition, the court will recommend dismissal of this action.

DATED: 4/26/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
sil1508.ord