IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELINO CALDERON SILVA,

    Petitioner,                    No. CIV S-03-1508 DFL GGH P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.             ORDER

/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In 1992 petitioner was convicted of second degree murder and attempted murder and is serving a sentence of 19 years to life. Petition, p. 1.

        Petitioner is challenging his April 2004 conviction for a prison disciplinary, possession of heroin. Although petitioner was assessed time credits for this conviction, the credits were later restored. Therefore, petitioner was not actually punished for this conviction.

        Pending before the court is respondent's motion to dismiss for lack of jurisdiction. Respondent argues that because petitioner was not punished for this conviction, he does not satisfy the "custody" requirement for habeas jurisdiction. Maleng v. Cook, 490 US. 488, 109 S.Ct.1923 (1989)(per curiam)(district courts have jurisdiction to entertain habeas corpus petitions from persons who are in custody under the conviction under attack at the time the petition is

1 filed.)

2       In a habeas action, a prisoner may seek expungement of a disciplinary finding

3 from his record if expungement is likely to accelerate the prisoner's eligibility for parole. Bostic

4 v. Carlson, 884 F.2d 1267, 1269 (9th Cir. 1989); see also McCollum v. Miller, 695 F.2d 1044,

5 1047 (7th Cir. 1982). If petitioner's conviction for possession of heroin is likely to accelerate his

6 eligibility for parole, the court has jurisdiction to consider his habeas petition.

7       Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this

8 order, both parties shall file briefing addressing whether petitioner's prison disciplinary

9 conviction for possession of heroin is likely to accelerate his eligibility for parole.

10 DATED: 10/12/05

11

12     /s/ Gregory G. Hollows

13     GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

14 GGH:kj
silv1508.fb