```
 1
 2
 3
 4
 5
 6
 7
 8                          IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   MARCELINO CALDERON SILVA,
11             Petitioner,                   No. CIV S-03-1508 DFL GGH P
12        vs.
13   CA. DEPT. OF CORRECTIONS, et al.,
14             Respondents.                  ORDER
15   _____/
```

16        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17 habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18 Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19        On December 9, 2005, the magistrate judge filed findings and recommendations

20 herein which were served on all parties and which contained notice to all parties that any

21 objections to the findings and recommendations were to be filed within twenty days.  Neither

22 party has filed objections to the findings and recommendations.

23        The court has reviewed the file and finds the findings and recommendations to be

24 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25 ORDERED that:

26 /////

1

1  1.  The findings and recommendations filed December 9, 2005, are adopted in
2 full; and
3  2.  Respondent's June 29, 2005, motion to dismiss is denied; respondent is
4 ordered to file a response to the petition within thirty days of the filed date of this order.
5 DATED: 1/31/2006

_____
DAVID F. LEVI
United States District Judge