IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELINO CALDERON SILVA,

    Petitioner,                   No. CIV S-03-1508 DFL GGH P

    vs.

CA. DEPT. OF CORR., et al.,

    Respondents.               ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 1, 2006, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's March 1, 2006, motion to dismiss should not be granted.

DATED: 8/30/06

                                                  /s/ Gregory G. Hollows
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:035 - silv1508.46

1