IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELINO CALDERON SILVA,

    Petitioner,   No. CIV S-03-1508 DFL GGH P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.   ORDER

    /

This petition for writ of habeas corpus was denied on February 27, 2007, and judgment entered accordingly. Petitioner's filing, entitled "amended petition" filed on April 19, 2007, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

    IT IS SO ORDERED.

DATED: 5/1/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

sil1508.158

1