IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELINO CALDERON SILVA,

    Petitioner,                No. CIV S-03-1508 DFL GGH P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.              <u>ORDER</u>

_____/

On February 27, 2007, this petition for writ of habeas corpus was dismissed for plaintiff's failure to exhaust state court remedies. On May 29, 2007, petitioner filed an amended petition. If petitioner has exhausted his state court remedies, he must file a new action.

Accordingly, IT IS HEREBY ORDERED that the amended petition filed May 29, 2007, is disregarded.

DATED: 6/13/07                   /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

si1508.dis